UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALIN G. DIMITROV,

        Plaintiff,

-v-

THE UNITED STATES OF AMERICA, <u>et al.</u>,

        Defendants.

CIVIL ACTION NO.: 23 Civ. 6451 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Standing Order staying certain civil cases pending the restoration of Department of Justice funding (Dkt. No. 15) and the government shutdown having ended as of November 12, 2025, the stay in this case is LIFTED.

Dated:     New York, New York
             November 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge